IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                                  No. 16-CV-001239
                                                                     No. 10-CR-02626-WJ

PEDRO LEONARDO MASCHERONI,

    Defendant.

ORDER

This matter is before the Court *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Proceedings For The United States District Courts on Defendant Pedro Leonardo Mascheroni's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody [CV Doc. 1; CR Doc. 579]. Having reviewed the motion, the attached exhibit, and the record, and having determined that the motion is not subject to summary dismissal, the Court will direct the United States to file an answer.

IT IS THEREFORE ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody [CV Doc. 1; CR Doc. 579], and supporting papers and exhibits, if any, together with a copy of this Order;

IT IS FURTHER ORDERED that, within twenty-three days of entry of this Order, the United States answer Defendant's § 2255 motion.

_____
UNITED STATES DISTRICT JUDGE