IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.

**PEDRO LEONARDO MASCHERONI**,

    Defendant/Movant.

CRIMINAL NO. 10-2626 WJ
CIVIL NO. 16-1239 WJ/SMV

## ORDER EXTENDING RESPONSE DEADLINE

**THIS MATTER** is before the Court on the unopposed motion of the United States to extend the deadline by which it must file a response to Defendant/Movant Pedro Leonardo Mascheroni's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." The Court, having reviewed the motion, and noting that it is unopposed, finds that the motion is well taken and will be granted.

**IT IS THEREFORE ORDERED** that the motion of the United States to extend its response deadline is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States shall answer Defendant/Movant Pedro Leonardo Mascheroni's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" by no later than March 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
*/S/ Holland Kastrin*
Assistant United States Attorney

Approved by:
Laura E. Mascheroni, counsel for Defendant, via email