IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

    vs.                                             CRIMINAL NO. 10-2626 WJ
                                                      CIVIL NO. 16-1239 WJ/SMV

PEDRO LEONARDO MASCHERONI,

    Defendant/Movant.

## ORDER EXTENDING PAGE LIMITATION FOR ANSWER

**THIS MATTER** is before the Court on the unopposed motion of the United States to extend the page limitation applicable to its Answer to Defendant/Movant Pedro Leonardo Mascheroni's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." The Court, having reviewed the motion, and noting that it is unopposed, finds that the motion is well taken and will be granted.

**IT IS THEREFORE ORDERED** that the motion of the United States to exceed the page limitation applicable to its Answer is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States may file an Answer to Defendant/Movant Pedro Leonardo Mascheroni's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" that is 38-pages in length.

                                                                      _____
                                                                    UNITED STATES DISTRICT JUDGE

Submitted by:
*/S/ Holland Kastrin*
Assistant United States Attorney

Approved by:
Laura E. Mascheroni, counsel for Defendant, via email